# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE ROBERTS GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> SAINT FRANCIS HEALTHCARE SYSTEM, <br><br> Defendant. | Case No. 18-CV-73-JPS <br><br> **ORDER** |

On April 18, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party. (Docket #15). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #15) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 19th day of April, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge